LUXOR CAB MANUFACTURING CORPORATION, Respondent, v. LEADING CAB

Co., Inc., and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.